DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| | | | |
|---|---|---|---|
| 509P12 | Marion S. Braden, Administratrix of the Estate of Gregory Alan Braden, M.D., Deceased v. Stephan B. Lowes, M.D.; Orthopaedic Specialists of the Carolinas, P.A.; Novant Health, Inc.; Forsyth Memorial Hospital, Inc.; Novant Health; Forsyth Medical Center; Carolina Medicorp Enterprises, Inc.; Piedmont Medical Specialists, P.L.L.C.; and Richard S. Marx, M.D. | 1. Defs' (Stephen B. Lowe, M.D. and Orthopedic Specialists of the Carolinas, P.A.) PDR Under N.C.G.S. § 7A-31 (COA12-211)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br><br>2. Dismissed as Moot<br><br><br><br><br><br><br><br><br><br>**Beasley, J., Recused** |
| 528P12 | State v. Thomas Ray Blevins | Def's PDR Under N.C.G.S. § 7A-31 (COA12-447) | Denied |
| 532P09-3 | State v. David Louis Richardson | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Pitt County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |
| 538P12 | Novant Health, Inc., Forsyth Memorial Hospital, Inc. d/b/a Forsyth Medical Center, and Medical Park Hospital, Inc. v. N.C. Department of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section and North Carolina Baptist Hospital, Intervenor | 1. Petitioner-Appellants' PDR Under N.C.G.S. § 7A-31 (COA-12-57)<br><br>2. Respondent and Respondent-Intervenor's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioner's Motion to Amend their PDR | 1. Denied<br><br><br>2. Dismissed as Moot<br><br><br>3. Allowed |
| 554PA11 | In the Matter of: Bass | Respondent's Motion to Supplement the Record on Appeal | Allowed |